IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | No: 4:25-CR-33 |
| v. | : | |
| | : | |
| NICHOLAS HOWARD, | : | |
| | : | |
| Defendant | : | |
| | : | |

### ORDER OF CONTINUANCE

Defendant Nicholas Howard was indicted on November 18, 2025 and arraigned on November 20, 2025. Defendant Nicholas Howard has been released on bond. As of December 12, 2025, Defendant Nicholas Howard has not been provided discovery in the captioned case. Thus, counsel for Defendant Nicholas Howard has not had an opportunity to assess the case and determine the potential course of the defense. In addition, counsel for Defendant Nicholas Howard has not had an opportunity to discuss with the Government a potential resolution of the case.

Accordingly, IT IS HEREBY ORDERED that the pretrial conference scheduled for December 2025 is canceled and the above-referenced matter be continued to the March **2026 term** of Court for the Columbus Division of this District, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. §3161(h). It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best

1

interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. §3161(h)(7)(B)(i), and that failure to grant such continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED, this 12th day of December, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA